1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | NO.  CR-11-008-RHW |
| v. | **ORDER DISMISSING INDICTMENT** |
| TEODORO COLLADO-ARCE, | |
| Defendant. | |

Before the Court is the Government's Motion to Dismiss (ECF No. 45). This motion was heard without oral argument. The Government voluntarily seeks dismissal of the Indictment in this case under Fed. R. Crim. P. 48(a).  The court makes no judgment as to merit or wisdom of this dismissal.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Government's Motion to Dismiss (ECF No. 45) is **GRANTED**. The Indictment in the above-captioned matter is **dismissed with prejudice**.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, forward copies to counsel, and **close the file**.

**DATED** this 2nd day of September, 2011.

        *s/Robert H. Whaley*
        ROBERT H. WHALEY
        United States District Judge

**ORDER DISMISSING INDICTMENT \* 1**

Q:\aCRIMINAL\2011\Collado-Arce\dismiss.wpd

**ORDER DISMISSING INDICTMENT * 2**